**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leketa HARRIS, Defendant–Appellant.**

No. 05–13722

Non–Argument Calendar.

D.C. Docket No. 05–00023–CR–002.

United States Court of Appeals, Eleventh Circuit.

March 17, 2006.

William Gregory Hughes, Mobile, AL, for Defendant–Appellant.

Richard H. Loftin, Mobile, AL, for Plaintiff–Appellee.

Before TJOFLAT, BIRCH and PRYOR, Circuit Judges.

PER CURIAM:

W. Gregory Hughes, appointed counsel for Leketa Harris in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Harris's conviction and sentence are AFFIRMED.